1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Ricardo Medina-Ramirez

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE JAN M. ADLER)**

11 | UNITED STATES OF AMERICA,        )  Case No. 08MJ1228
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )  **CERTIFICATE OF SERVICE**
                                      )
14 | RICARDO MEDINA-RAMIREZ,           )
                                      )
15 |         Defendant.                )
   |_____ )

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                      U.S. Attorney CR
                    Efile.dkt.gc2@usdoj.gov

21                             Respectfully submitted,

23 DATED:    April 29, 2008              /s/ Gregory T. Murphy
                                         **GREGORY T. MURPHY**
24                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Ricardo Medina-Ramirez